Theressa Parrott, Respondent, v. New York and Long Island Traction Company and Harry Leichtman, Doing Business under the Firm Name, etc., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

The People of the State of New York, Respondent, v. Charles F. Ames, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. John Mahoney, Appellant.— Order of the County Court of Westchester county affirming a judgment of the city judge of Yonkers convicting the defendant as a disorderly person reversed, and defendant discharged. There is no evidence to warrant the judgment of conviction. (See People v. De Wolf, 133 App. Div. 879.) Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Julia Reid, Respondent, v. Thomas M. Reid, as Executor, etc., of Eliza Flanagan, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Carr, Stapleton, Rich and Putnam, JJ., concurred.

In the Matter of the Application of Rose Falls Bres for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

Max A. Kurten, Respondent, v. Valentine Oster and Another, Defendants. The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

George A. Molitor, as Trustee in Bankruptcy of Charles Wenz, Inc., Respondent, v. Harry Schneider, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

In the Matter of the Application of William H. Judson and Edward Herrick, as Executors, etc., of Horatio Rowe, Deceased, etc. Emma S. White and Others, Appellants; Irving Cady and Others, Respondents.— Decree of the Surrogate's Court of Dutchess county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Charles Millang, Appellant, v. John Gilkinson, Respondent.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that the questions in issue should have been submitted to the jury. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Gustave M. Miller and John E. Miller. Respondents, v. Eagle Savings and Loan Company, Appellant.— Reargument ordered, and case set down for Tuesday, March 7, 1916. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.